STATE OF NEW JERSEY v. GORDON I. HOLLEY.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK MOORE.

July 15, 1980.

Petition for certification denied.

GATX TERMINALS CORPORATION v. THE NEW JERSEY
DEPARTMENT OF ENVIRONMENTAL PROTECTION.

July 15, 1980.

Petition for certification granted.   (See 173 *N.J.Super.* 531)

A.H.S., INC. T/A ROYAL MANOR v. TOWNSHIP COMMITTEE OF
THE TOWNSHIP OF WALL.

July 15, 1980.

Petition for certification denied.